IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT A. DOANE,
on behalf of himself and others similarly situated,

        Plaintiffs,

v.

VISION SOLAR, LLC

        Defendant.

Case No.: 1:21-cv-11285-IT

## ~~JOINT PROPOSED~~ AMENDED SCHEDULING ORDER

AND NOW, this ___19th___ day of ___July___, 2022, after consideration of the Joint Motion to Extend Deadlines submitted by Plaintiff and Defendant, and for good cause shown, the Court's prior scheduling order, ECF No. 25, is vacated and the Court enters the below dates and deadlines in this matter.

1. Fact Discovery-Final Deadline. All discovery, other than expert discovery, must be completed by November 14, 2022.

2. All depositions, other than expert depositions, must be completed by November 14, 2022.

3. Status Conference. A status conference will be held on _November 14_, 2022.

4. Plaintiff's motion for class certification must be filed by December 12, 2022.

5. Defendant's response to the motion for class certification must be filed by January 9, 2023.

6. ~~Plaintiff's reply in support of class certification must be filed by January 16, 2023.~~

135806487.1

7. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by February 13, 2023.

8. Plaintiff(s)' trial experts must be deposed by March 6, 2023.

9. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by March 16, 2023.

10. Defendant(s)' trial experts must be deposed by April 3, 2023.

11. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by April 24, 2023.

12. Responses to dispositive motions must be filed by May 22, 2023.

13. Replies in support of dispositive motions must be filed by June 5, 2023.

_____
United States District Judge

Dated: 7/19/2022