## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE,<br>on behalf of himself and others similarly situated,<br><br>                  **Plaintiffs,**<br>        v.<br><br>VISION SOLAR, LLC<br><br>                  **Defendant.** | Case No.: 1:21-cv-11285-IT |

## MOTION FOR *PRO HAC VICE* ADMISSION OF SAMUEL A. HAAZ

Pursuant to Local Rule 83.5.3, the undersigned counsel, Andrew M. MacDonald, hereby moves that this court enter an Order granting leave to Samuel A. Haaz of the firm Fox Rothschild LLP, to appear on behalf of Defendant Vision Solar LLC ("Vision Solar") in the above-captioned action.  As grounds for this motion, the undersigned represents the following:

1.      Samuel A. Haaz is and has been a member in good standing of the Pennsylvania Bar (Pennsylvania Bar No.: 314507).

2.      There are no disciplinary proceedings pending against Samuel A. Haaz as a member of the bar in any jurisdiction, nor has she been subject to any such disciplinary proceedings in the past;

3.      Samuel A. Haaz has read the Local Rules of the United States District Court for the District of Massachusetts and will abide by the rules of this Court; and

4.      In further support of this motion, Samuel A. Haaz has submitted herewith a Certification as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Samuel A. Haaz be admitted to practice before this Court *pro hac vice*.

Respectfully submitted,

VISION SOLAR LLC,

*/s/ Andrew M. MacDonald*
Andrew M. MacDonald, Esquire
BBO # 681948
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel. (215) 444-7174
Fax. (215) 299-2150
amacdonald@foxrothschild.com

Dated:  February 24, 2023

## CERTIFICATE OF CONFERRAL

I hereby certify that I have conferred in good faith with opposing counsel on February 24, 2023, who has not objection to this motion for pro hac vice admission.

*/s/ Andrew M. MacDonald*
Andrew M. MacDonald, Esquire

Dated: February 24, 2023

137141756.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023 a true copy of Motion for *Pro Hac Vice* Admission of Samuel A. Haaz was filed through the Court's electronic filing system upon counsel for the Plaintiff as follows:

Richard Reiling, Esq.
Bottone Reiling
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
richard@bottonereiling.com

David Pastor, Esquire
Pastor Law Office LLP
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts 02110
dpastor@pastorlawoffice.com

*Attorneys for Plaintiff*


*/s/ Andrew M. MacDonald*
Andrew M. MacDonald, Esquire

Dated: February 24, 2023

4

137141756.1

# EXHIBIT A

137141756.1



𝕾upreme 𝕮ourt of 𝕻ennsylvania

## CERTIFICATE OF GOOD STANDING

### *Samuel Adams Haaz, Esq.*

**DATE OF ADMISSION**

*November 2, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 9, 2023**

_Nicole Traini_

Nicole Traini
Chief Clerk