# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE,<br>on behalf of himself and others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>VISION SOLAR, LLC<br><br>                Defendant. | Case No.: 1:21-cv-11285-IT |

## ORDER

AND NOW, upon consideration of the Motion for *pro hac vice* Admission of Samuel A. Haaz, Esquire, it is hereby ORDERED that said Motion is GRANTED. It is further ORDERED that Samuel A. Haaz is admitted *pro hac vice* to practice before this Court on behalf of Defendant Vision Solar LLC in the above-captioned case.

BY THE COURT:

_____
United States District Judge