## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISION SOLAR, LLC <br><br> Defendant. | Case No.: 1:21-cv-11285-IT |

### CERTIFICATION OF SAMUEL A. HAAZ

I, Samuel A. Haaz, hereby certify that:

1. I am an attorney with the firm Fox Rothschild LLP located at 980 Jolly Road, Suite 110, Blue Bell, PA 19422.

2. I am a member in good standing of the Pennsylvania Bar (Pennsylvania Bar No.: 314507).

3. I am a member in good standing in every court in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of any bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: February 24, 2023        */s/ Samuel A. Haaz*
                                 Samuel A. Haaz

143072102.1