UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE, on behalf of himself and others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>VISION SOLAR, LLC,<br><br>    Defendant | )<br>)<br>)<br>) Civil Action No. 1:21-cv-11285-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF SETTLEMENT</u>**

    The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. The parties now need to finalize and execute the written settlement agreement and consummate the settlement before this action can be dismissed. The parties respectfully request that they be given a period of thirty (30) days to complete this process and file a stipulation of dismissal. The parties are separately and contemporaneously filing a joint motion to stay this action, including all dates and deadlines for thirty (30) days in order to allow them to complete the settlement.

2 | Page

Dated: July 6, 2023

/s/ Andrew M. MacDonald
Andrew M. MacDonald
(BBO No: 681948)
Brett A. Berman
Colin Dougherty
Samuel Haaz
**FOX ROTHSCHILD, LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19102-3222
Email: amacdonald@foxrothschild.com
bberman@foxrothschild.com
cdougherty@foxrothschild.com
shaaz@foxrothschild.com

*Counsel for Defendant, Visor Solar, LLC*

Respectfully submitted,

/s/ David Pastor
David Pastor
(BBO No. 391000)
**PASTOR LAW OFFICE, PC**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
Email: dpastor@pastorlawoffice.com

/s/ Richard B. Reiling
Richard B. Reiling
(BBO No. 629203)
**BOTTONE | REILING**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: 617.412.4291
Email: richard@bottonereiling.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on July 6, 2023.

/s/ David Pastor_____
David Pastor