UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT A. DOANE, on behalf of himself and
others similarly situated,
    Plaintiff,

    v.                                              Civil Action No. 1:21-cv-11285-IT

VISION SOLAR, LLC,
    Defendant.

## NOTICE OF
## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised on 7/6/2023, and 8/14/2023, that the above-entitled action has been settled:

IT IS ORDERED that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

Dated:  August 14, 2023                              /s/Gail A. Marchione,
                                                                                **Courtroom Deputy Clerk**